GABRIEL A. BOBRICK, Respondent, *v*. THE SECOND NATIONAL BANK OF HOBOKEN, Appellant.

Reported below, 175 App. Div. 550.

(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the amount of certain checks.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings

of fact were supported by the evidence, that the exceptions were frivolous and the appeal taken solely for the purpose of delay.

*Barclay E. V. McCarty* for motion.

*James A. Davis* opposed.

Motion denied, with ten dollars costs.